UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISA ANCHUNDIA-CARILLO,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No.  25-cv-10380-VC<br><br>**ORDER GRANTING HABEAS PETITION**<br><br>Re: Dkt. No. 1 |

For the same reasons stated in the Court's order granting the preliminary injunction, the petition for writ of habeas corpus is granted. *See* Dkt. No. 13. If the government seeks to re-detain the petitioner, it must provide at least 7 days' notice to the petitioner and must hold a pre-deprivation hearing before a neutral arbiter pursuant to section 1226(a) of the INA and its implementing regulations, at which the petitioner's eligibility for bond must be considered.

This order does not address the circumstances in which the government may re-detain the petitioner in the event that she becomes subject to an executable final order of removal.

**IT IS SO ORDERED.**

Dated: May 18, 2026

VINCE CHHABRIA
United States District Judge